# EXHIBIT 2

DISTRICT COURT OF DELAWARE COUNTY
STATE OF OKLAHOMA

**FILED**

JUN 5 2015

CAROLINE M. WEAVER
DELAWARE CO. COURT CLERK

CORY DAVENPORT and BRYCE DAVENPORT,       )
                                                                              )
                                   Plaintiffs,                            )
                                                                              )
v.                                                                          )          CJ-2015- **89**
                                                                              )
FARM BUREAU LIFE INSURANCE COMPANY,    )
a/k/a FARM BUREAU FINANCIAL SERVICES      )
                                                                              )
                                   Defendant.                           )

PETITION

COME NOW Plaintiffs Cory Davenport and Bryce Davenport, and for cause of action against

Defendant Farm Bureau Life Insurance Company, allege and state:

1.      On or about September 1, 2011, Dena Michele Davenport, by and through their agent,

Randall Webb,  contracted with Defendant Farm Bureau Life Insurance Company, a/k/a Farm Bureau

Financial Services ("Defendant"), to provide certain insurance benefits upon her death, and named Plaintiffs

Corey Davenport and Bryce Davenport third party beneficiaries of that contract ("Plaintiffs").

2.      While said Defendant had in force its policy number 040 001435350, on or about May 23,

2013, Dena Michele Davenport suffered a covered loss, expiring as a result of a fatal gunshot.

3.      Plaintiffs notified Defendant Farm Bureau of the covered loss in a timely manner, however,

on September 24, 2013, the claim was denied based upon an invalid policy exclusion.

4.      Defendant has failed to deal fairly and in good faith with Plaintiffs' claim, and, as a result,

Plaintiffs have suffered damages including but not limited to emotional distress and financial loss, and other

damages  .

WHEREFORE, Plaintiffs pray for judgment in the amount of $150.00.00 for contractual damages,

judgment in excess of $10,000.00 bad faith damages,  all incidental and consequential damages in an amount

to be determined, with interest, costs and a reasonable attorneys fee, and such other and further relief to

which Plaintiffs are entitled under Oklahoma law.

ATTORNEY LIEN CLAIMED

Brandon A. Johnson, OBA#12721
BRANDON A. JOHNSON, P.C.
P.O. Box 6870
Grove, Oklahoma 74344
(918) 787-2255
brandon.a.johnson.pc@gmail.com
ATTORNEY FOR PLAINTIFFS

2

VERIFICATION

STATE OF OKLAHOMA        )
                                           )        ss.
COUNTY OF DELAWARE      )

     Bryce Davenport, of lawful age and being first duly sworn, states that he has read the above and

foregoing, knows the contents thereof, and that all matters set forth therein are true and correct.

_____

Subscribed and sworn before me this 29 day of MAY , 20 15

_____
NOTARY PUBLIC

My commission

BRANDON A. JOHNSON
Notary Public
State of Oklahoma
Commission # 13006930  Expires 07/30/17