UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CORY DAVENPORT and<br>BRYCE DAVENPORT,<br><br>            Plaintiffs,<br><br>v.<br><br>FARM BUREAU LIFE INSURANCE<br>COMPANY  a/k/a FARM BUREAU<br>FINANCIAL SERVICES,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 15-cv-393-JED-FHM4 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this lawsuit, Plaintiffs, Cory Davenport and Bryce Davenport, and Defendant, Farm Bureau Life Insurance Company a/k/a Farm Bureau Financial Service, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice.  All respective parties to bear their respective attorney fees and costs.

Dated this 14th day of August 2015.

| | |
|---|---|
| s/ Brandon A. Johnson | s/ Brad L. Roberson |
| *(Signed by Filing Attorney With Permission of Attorney)*<br>Brandon A. Johnson, OBA No. 12721<br>BRANDON A. JOHNSON, P.C.<br>Post Office Box 6870<br>Grove, Oklahoma 74344<br>Telephone:    918-787-2255<br>**ATTORNEYS FOR PLAINTIFF** | Brad L. Roberson, OBA No. 18819<br>PIGNATO, COOPER, KOLKER & ROBERSON, P.C.<br>Robinson Renaissance Building<br>119 North Robinson Avenue, 11th Floor<br>Oklahoma City, Oklahoma 73102<br>Telephone:    405-606-3333<br>Facsimile:    405-606-3334<br>**ATTORNEYS FOR DEFENDANT** |